DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Kathryn J. Soehnlen, et al., | ) |
| | )    CASE NO. 5:06 CV 1594 |
| Plaintiffs, | ) |
| | ) |
| v. | )    <u>JUDGMENT ENTRY</u> |
| | ) |
| Aultman Hospital, | ) |
| | ) |
| Defendant. | ) |
| | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that summary judgment on plaintiffs' third amended complaint is granted in favor of defendant Aultman Hospital.  Each party to bear its own costs.  Case closed.

IT IS SO ORDERED.


  April 24, 2008                              *S/ David D. Dowd, Jr.*
Date                                         David D. Dowd, Jr.
                                             U.S. District Judge